**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

# CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 6:25-cr-321-PGB-NWH | **DATE:** | December 11, 2025 |
| **HONORABLE NATHAN W. HILL** | | **INTERPRETER:** | N/A |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**CHRISTIAN A. ROUX-REY**<br>**JEREMIAH MALDONADO**<br>**BENJAMIN RIVARD**<br>**ELENA JOSEPHINE FALZONE**<br>**ZAVIAR WANYA KIDD**<br>**PAUL GABRIEL JACAS**<br>**OLIVIA MARIE GOEN**<br>**CARLOS YANDEL CARRASQUILLO RODRIGUEZ**<br>**REBECCA L. MURRAY** | | **LANGUAGE:** | N/A |
| | | **ASSISTANT U.S. ATTORNEY:**<br>Rachel Lyons | |
| | | **DEFENSE COUNSEL:**<br>Nicole Mouakar-FPD<br>Roger Weeden-CJA<br>Erin Hyde-CJA<br>Michael Nielsen-CJA<br>Charles Taylor<br>Ernest Chang<br>Jacob Stuart-Retained<br>Brett Meltzer<br>David Wilson | |
| **COURT REPORTER:** **DIGITAL** | | **DEPUTY CLERK:** | J. Reyes |
| **TIME** 1:40 P.M.-2:17 P.M. | **TOTAL:** 37 minutes | **PRETRIAL:** | Sofia Kollaian |
| | | **COURTROOM:** | 4D |

**PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT**

Case called; appearances taken; procedural setting by the Court.
Court inquired of the Defendant regarding competency.
Oral motion for counsel. Motion was granted, and counsel was appointed.
Defendant was advised of the charge(s) and penalties in the charging document.
Parties were advised of the requirement pursuant to the Due Process Protections Act.
Defendant waived formal reading of the Indictment and entered a plea of not guilty.
Court received the plea. Scheduling Order entered.
Oral motion by the Government for Detention.
Defendant reserves the right to a detention hearing without prejudice.
Court granted the oral motion for detention.
Court adjourned