UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:25-cr-321-PGB-NWH

CHRISTIAN ALEJANDRO ROUX-REY ET AL.

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested person's order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Christian A. Roux-Rey, defendant

Jeremiah Maldonado, defendant

Benjamin Rivard, defendant

Elena Josephine Falzone, defendant

Zavier Wanya Kidd, defendant

Paul Gabriel Jacas, defendant

Olivia Marie Goen, defendant

Carlos Yandel Carrasquillo Rodriguez, defendant

Rebecca L. Murray, defendant

Nicole Mouakar, Assistant Federal Defender

Roger L. Weeden, Counsel for Defendant

Erin Hyde, Counsel for Defendant

Michael William Nielsen, Counsel for Defendant

Charles E. Taylor , Jr., Counsel for Defendant

Ernest L. Chang, Counsel for Defendant

Jacob Vickers Stuart , Jr., Counsel for Defendant

Brett Ryan Meltzer, Counsel for Defendant

David Anthony Wilson, Counsel for Defendant

Gregory W. Kehoe, United States Attorney

Reshard Mills, Special Agent, Drug Enforcement Administration

Drug Enforcement Administration, Investigative Agency

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

CP, SF, and NP

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: December 23, 2025

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Rachel S. Lyons*
Rachel S. Lyons
Special Assistant United States Attorney
USA No. 215
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Rachel.Lyons@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Nicole Mouakar, Assistant Federal Defender

Roger L. Weeden, Counsel for Defendant

Erin Hyde, Counsel for Defendant

Michael William Nielsen, Counsel for Defendant

Charles E. Taylor , Jr., Counsel for Defendant

Ernest L. Chang, Counsel for Defendant

Jacob Vickers Stuart , Jr., Counsel for Defendant

Brett Ryan Meltzer, Counsel for Defendant

David Anthony Wilson, Counsel for Defendant

*<u>/s/ Rachel S. Lyons</u>*
Rachel S. Lyons
Special Assistant United States Attorney
USA No. 215
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Rachel.Lyons@usdoj.gov